# ROBERT H. JAFFE & ASSOCIATES, P.A.

8 MOUNTAIN AVENUE
SPRINGFIELD, NEW JERSEY 07081-1728

ROBERT H. JAFFE
MARK B. WATSON*

(973) 467-2246

*MEMBER NJ & NY BARS

TELECOPIER (973) 467-5708

E-MAIL: JAFPRO@AOL.COM

June 13, 2006

*Via Fax 585.613.4045*
*And First Class Mail*

Honorable David G. Larimer
Western District of New York
U.S. Courthouse - Room 2500
100 State Street
Rochester, NY 14614-1387

     *Re:*    *Paul J. Frommert, et al. v. Sally L. Conkright, et al.*
              *Civil Action No.: 00-CV-06311*

Dear Judge Larimer:

I write this letter to request a one-week extension of time from Monday, June 19th to Monday, June 26th for submission of a memorandum or report outlining the alternative methodology to recalculate the retirement benefits for rehired Xerox employees such as the Frommert plaintiffs. Prior to writing this letter, I spoke with Margaret A. Clemens, Esq., counsel for the defendants, and received her consent to this request provided only that the time within which the memorandum or report to be submitted by the defendants is also extended to Monday, June 26th.

There are two reasons for this request. First, since May 31st, the day after the court established scheduling for the submission of the alternative methodology memoranda or reports, the writer and my associate, Mark B. Watson, Esq., have been involved in a trial in the Superior Court of New Jersey, Middlesex County, defending claims of misconduct made by one Mark P. Jiorle in connection with the sale to him of certain shares in a company known as Carolyn Mortgage Services, Inc. We anticipated the trial would take five days but I am in fact dictating this letter over the telephone from the Middlesex County Courthouse where the trial has entered its third week and will not likely end until Thursday or Friday of this week.

The second reason for this request is that Ms. Clemens has informed me that the information from the database of Xerox plan administrators requested under cover of a letter dated June 5, 2006 cannot be provided until Monday, June 19th. While I do not absolutely need that information to prepare the requested memorandum or report, having it available to me would be very helpful in drafting the requested memorandum or report.

- 2 -

Honorable David G. Larimer                                                    June 13, 2006

I also have a personal reason for this request.  Since Memorial Day, my daughter, her husband and my two delightful grandsons, Jonah (3-1/2 years old) and Miles (2 years old), have been visiting from Tucson, Arizona.  As a consequence, any time left over from the trial has been consumed with family matters.

Accordingly, I respectfully submit that there is adequate reason to grant the one-week extension of time to submit the requested memorandum or report that is the subject of this letter.

Thanking the court for its courtesies to counsel, I am

                                 Respectfully yours,

                                 ROBERT H. JAFFE & ASSOCIATES, P.A.

                                 Robert H. Jaffe

cc:    Margaret A. Clemens, Esq. (via fax and first class mail)
       George A. Schell, Sr., Esq. (via first class mail)
       Mr. Paul J. Frommert (via email)
       Mr. Alan H. Clair (via email)

Request granted.
So ordered.
David G. Larimer
U.S.D.J.
6/16/06