**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand and seventeen.

_____

Paul J. Frommert, *et al*.,

    Plaintiffs - Appellees,

v.

Sally L. Conkright, *et al*.,

    Defendants - Appellants.
_____

**ORDER**

Docket No. 17-1808

    Appellants move to withdraw this appeal pursuant to Fed. R. App. P. 42(b), upon the agreement of the parties. The parties have agreed that Appellants will pay $3,000.00 to Appellees as the agreed upon amount for Appellees' costs and fees related to this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED on the terms agreed to by the parties.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/13/2017**